ACCEPTED
05-14-00441-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/2/2015 5:33:37 PM
LISA MATZ
CLERK

## NO. 05-14-00441-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS |
| | § | | 2/2/2015 5:33:37 PM |
| **VS.** | § | **FIFTH CIRCUIT** | LISA MATZ<br>Clerk |
| | § | | |
| **CHRISTOPHER M. DUNLOP·** | § | **COURT OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Christopher M. Dunlop, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 296th Judicial District Court of Collin County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. Christopher M. Dunlop</u>, and numbered 296-82462-2012.

3. Appellant was convicted of a lesser-included offense of Assault Causes Bodily Injury - Family Violence, a class A misdemeanor.

4. Appellant was assessed a sentence of 1 year in the Collin County Jail, probated for 2 years. Other conditions of probation included completion of a Batterer's Intervention Prevention Program, submission to a psychological evaluation, no consumption of alcohol, no contact with the victim or the victim's

family, completion of 100 community service hours, and 30 days to serve in the county jail as T&C time on March 18, 2014.

5. Notice of appeal was given on April 10, 2014.

6. The clerk's record was filed on July 30, 2014; the reporter's record was filed on November 19, 2014.

7. The appellate brief was due on January 19, 2015.

8. Appellant requests an extension of time of 15 days from the current due date of present date of January 19, 2015.

9. One previous extension to file the brief has been requested and granted in this cause.

10. Defendant is currently free on bond.

11. Appellant relies on the following facts as good cause for the requested extension:

Attorney initially expected to be able to complete the Appellate brief within the 30 day time frame granted by the Court (once a proper certification of Defendant's rights on appeal had been delivered by the trial court). However, Attorney was not anticipating catching the flu and being bedridden for nearly half of those 30 days. The unexpected illness, coupled with Attorney's extant court and trial schedule proved to be a bit more of a load than was initially expected.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this

Court grant this Motion To Extend Time to File Appellant's Brief, and for such

other and further relief as the Court may deem appropriate.

Respectfully submitted,

Underwood Law Office, LLC
P.O. Box 3335
McKinney, TX 75070
Tel: (214) 544-8040
Fax: (972) 548-5040

By:

William H. Underwood
State Bar No. 24008190
underwoodlawoffice@sbcglobal.net
Attorney for Christopher M. Dunlop

## CERTIFICATE OF SERVICE

This is to certify that on February 02, 2015, a true and correct copy of the

above and foregoing document was served on the District Attorney's Office, Collin

County, 2100 Bloomdale Road, McKinney, Texas 75071, by email and first class

mail.

William H. Underwood

**STATE OF TEXAS**                              §
                                                §
**COUNTY OF COLLIN**                            §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared William H. Underwood, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
William H. Underwood, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on February 2, 2015, to certify which witness my hand and seal of office.



BRITTANY WAKEFIELD
Notary Public, State of Texas
My Commission Expires
February 16, 2016

_____
Notary Public, State of Texas

BRITTANY WAKEFIELD
Notary Public, State of Texas
My Commission Expires
February 16, 2016